KIRKPATRICK, SECRETARY OF STATE OF
MISSOURI, ET AL. *v.* PREISLER ET AL.

No. 738.  Decided January 9, 1967.

*Norman H. Anderson,* Attorney General of Missouri, and *J. Gordon Siddens* and *Thomas J. Downey,* Assistant Attorneys General, for appellants.

*Paul W. Preisler, pro se,* and for other appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

MR. JUSTICE HARLAN and MR. JUSTICE STEWART are of the opinion that probable jurisdiction should be noted and the case set for oral argument.

NAVE *v.* CITY OF SEATTLE.

No. 767.  Decided January 9, 1967.

Appellant *pro se.*

*A. L. Newbould* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.